CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 S. Pecos Rd., Ste. 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968; Fax: (702) 435-6659

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MILLER,<br><br>**Plaintiff,**<br><br>**vs.**<br><br>NIAGARA CREDIT SOLUTIONS, INC., a New York corporation, TAMI-LYN O'HARA, an individual, "MR. KING," an individual, DOES I-V, inclusive and ROE Corporations V-X, inclusive,<br><br>**Defendants.** | CASE NO.: 2:07-cv-00013<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41(a)(1)(i), the Defendants named not having filed or served an answer, motion for summary judgment, or otherwise having appeared herein, Plaintiff hereby requests, authorizes and directs the Clerk of the Court to file a dismissal in the above-entitled action.

DATED this 24th day of October 2007.

/s/ CRAIG B. FRIEDBERG, ESQ.
4760 S. Pecos Rd., Ste. 103
Las Vegas, Nevada 89121
Attorney for Plaintiff

*Law Office of*
**CRAIG B. FRIEDBERG, ESQ.**
4760 SOUTH PECOS ROAD, STE 103
LAS VEGAS, NEVADA 89121
(702) 435-7968   Telecopier (702) 435-6659